## Tipton *v.* The State.

APPEAL from the *Owen* Common Pleas.

ELLIOTT, C. J.—This was an information against the appellant as an inspector of an election. There was a trial and conviction. The information is defective for the reasons stated in *Tipton* v. *The State, ante* p. 492.

The judgment is therefore reversed, and the cause remanded, with directions to the Court of Common Pleas to quash the information.

*A. T. Rose,* for appellant.

*D. E. Williamson,* Attorney General, for the State.